JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ERDAHL, an individual<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, dba CIGNA GROUP INSURANCE, a corporation; TREVYN DESPAIN, an individual; DR. BHUPENDRA GUPTA, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. **2:12-cv-01865-JHN-JCGx**<br><br>**ORDER RE STIPULATION TO REMAND TO STATE COURT** |

Having reviewed the stipulation of the parties and the prior proceedings in this matter, it is hereby

ORDERED that this action is remanded to the Superior Court of California, County of Los Angeles, where it originated.

Dated: April 11, 2012          _____
                               UNITED STATES DISTRICT JUDGE